```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/21/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

LUC BURBON and on behalf of all
other persons similarly situated,

                     Plaintiffs,

      -against-

TALK WW PRODUCTION, INC.,

                     Defendant.
------------------------------------------------x

No. 1:18-cv-1877

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice. Each party shall bear its or their own legal fees and costs.

Dated:

LAW OFFICE OF AVI A. NAVEH, ESQ.

By: _/s/ Avi Naveh_
Avi A. Naveh
175 Varick Street, 3rd Floor
New York, New York 10014
(646) 881-4471
*Attorneys for Plaintiffs*

COZEN O'CONNOR

By: _/s/_
Michael C. Schmidt
277 Park Avenue
New York, New York 10172
(212) 453-3937
*Attorneys for Defendant*

SO ORDERED

_/s/ Valerie Caproni_
Valerie E. Caproni
UNITED STATES DISTRICT COURT JUDGE
PART I
August 21, 2018